IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM MILLHOUSE, :
    Plaintiff :
: No. 1:19-cv-665
v. :
: (Judge Kane)
UNITED STATES :
OF AMERICA, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 5th day of November 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to file a supplemental complaint (Doc. No. 24) is **DENIED WITHOUT PREJUDICE** to Plaintiff's right to assert his claims concerning bottom bunk status in a new civil action should he choose to do so;

2. The stay previously ordered in the above-captioned action (Doc. No. 23) is **LIFTED**;

3. Plaintiff is directed to file a certificate of merit within sixty (60) days of the date of this Order; and

4. Defendants are directed to answer or otherwise respond to Plaintiff's complaint within ninety (90) days of the date of this Order or fourteen (14) days of the date that Plaintiff files a certificate of merit, whichever is earlier.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania