IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM MILLHOUSE, | : | |
|     Plaintiff | : | |
| | : | No. 1:19-cv-00665 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, et al., | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, on this 14th day of June 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 74) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendants United States of America, Andrew M. Edinger, and Jessie Ayers and against Plaintiff Kareem Millhouse as to all claims against Defendants;

2. Plaintiff's motion for summary judgment (Doc. No. 95) is **DISMISSED** for Plaintiff's failure to comply with Local Rule 56.1;

3. Plaintiff's motion for limited discovery (Doc. No. 97) is **DENIED**;

4. Plaintiff's motion for discovery (Doc. No. 101) is **DEEMED withdrawn** for failure to file a brief in support thereof as required by Local Rule 7.5;

5. Plaintiff's motions to supplement (Doc. Nos. 107, 120) are **GRANTED**;

6. Plaintiff's claims against John Does 1-10 are **DISMISSED** pursuant to 28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2)(B)(ii); and

7. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                                     s/ Yvette Kane
                                                                       Yvette Kane, District Judge
                                                                       United States District Court
                                                                       Middle District of Pennsylvania